1

2

3

4

5

6

7

8

9

10

11

12

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

THOMAS G. K.,

                      Plaintiff,

   v.

KILOLO KIJAKAZI, Acting
Commissioner of Social Security,

                  Defendant.

NO:  2:22-CV-0053-TOR

ORDER GRANTING STIPULATED
MOTION FOR REMAND

13

14

15

16

17

18

19

20

      BEFORE THE COURT is the parties' Stipulated Motion for Remand (ECF

No. 14).  The parties have agreed that this case should be remanded for further

administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  On

remand, the ALJ will offer Plaintiff a *de novo* hearing; reassess Plaintiff's

allegations, the nonmedical source statements, and the opinion evidence; and

proceed through the sequential evaluation, obtaining supplemental vocational

expert testimony, if necessary.

ORDER GRANTING STIPULATED MOTION FOR REMAND ~ 1

Upon proper presentation to this Court, Plaintiff will be entitled to reasonable attorney fees and expenses pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

**IT IS HEREBY ORDERED:**

The Parties' Stipulated Motion for Remand (ECF No. 14) is **GRANTED**. This case is **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings.

The District Court Executive is hereby directed to file this Order, provide copies to counsel, enter **JUDGMENT** for Plaintiff, and **CLOSE** the file.

DATED September 12, 2022.



THOMAS O. RICE
United States District Judge

ORDER GRANTING STIPULATED MOTION FOR REMAND ~ 2